

# Notice of Service of Process

**DB2 / PERINJ**
**Transmittal Number: 22176528**
**Date Processed: 10/19/2020**

| | |
|---|---|
| **Primary Contact:** | Beth Pierce<br>Circle K<br>1100 Situs Ct<br>Ste 100<br>Raleigh, NC 27606-4295 |
| **Electronic copy provided to:** | Shelly Schilling<br>Angela Hudson<br>Santina Pendino<br>Deborah Hutchins<br>Debbie Gooldy<br>Michelle Yohe<br>Vanessa Alaniz<br>Angela Hudson |

| | |
|---|---|
| **Entity:** | Mac's Convenience Stores LLC<br>Entity ID Number  2621051 |
| **Entity Served:** | Mac's Convenience Stores, LLC d/b/a Circle K Stores |
| **Title of Action:** | Betty McDade vs. Mac's Convenience Stores, LLC d/b/a Circle K Stores |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Macon County Circuit Court, IL |
| **Case/Reference No:** | 2020L108 |
| **Jurisdiction Served:** | Illinois |
| **Date Served on CSC:** | 10/16/2020 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | John N. Cannon<br>217-428-4323 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

EXHIBIT 1

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
MACON COUNTY, ILLINOIS

| | | |
|---|---|---|
| BETTY MCDADE, | ) | |
| | ) | 2020L108 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 20-L- |
| | ) | |
| MAC'S CONVENIENCE STORES, LLC | ) | |
| d/b/a CIRCLE K STORES | ) | |
| Defendants. | ) | |

### S U M M O N S

To each defendant:    Mac's Convenience Stores, LLC d/b/a Circle K Stores, c/o Registered Agent Illinois Corporation Service C, 801 Adlai Stevenson Drive, Springfield, IL 62703

**YOU ARE HEREBY SUMMONED** and required to a file an answer in this case, or otherwise file your appearance, in the office of the clerk of this court, Macon County Courts Facility, 253 E. Wood Street, Decatur, Illinois, within 30 days after service of this summons, not counting the day of service.

**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 30 days after its date.

WITNESS 10/14/2020

(Clerk of the Circuit Court)

(Deputy)                    CH

John N. Cannon
McCarthy, Rowden, Baker & Cannon
243 S. Water Street
Decatur, IL  62523
Telephone: 217/428-4323

**EXHIBIT 1**

FILED
MACON COUNTY ILLINOIS
10/13/2020 10:18 AM
SHERRY A. DOTY
CLERK OF THE CIRCUIT COURT

### IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
### MACON COUNTY, ILLINOIS

| | |
|---|---|
| BETTY McDADE, ) | |
| Plaintiff, ) | |
| vs. ) | 2020L108 |
| MAC'S CONVENIENCE STORES LLC, ) d/b/a CIRCLE K STORES, ) | |
| Defendant. ) | |

### COMPLAINT

NOW COMES the Plaintiff, BETTY McDADE, by and through her attorneys, McCARTHY, ROWDEN, BAKER & CANNON, and complains against the Defendant, MAC'S CONVENIENCE STORES LLC d/b/a CIRCLE K STORES (hereinafter Circle K), and states as follows:

1. That at all times relevant hereto, BETTY McDADE is and has been a resident of Macon County, Illinois.

2. That the Defendant, CIRCLE K operates a business located at 501 North Main Street, Decatur, Illinois and is organized to sell goods in Macon County, Illinois.

3. That this Complaint is based upon an injury that occurred at the Circle K store located at 501 North Main Street in the City of Decatur, Macon County, Illinois on or about January 9, 2020.

4. At that time and place, Plaintiff, BETTY McDADE, was an intended and permitted user of the said premises and was using the premises in a manner in which it was reasonably foreseeable to Defendant, CIRCLE K, that they would be used.

# EXHIBIT 1

5. At the time and place alleged above, CIRCLE K had a duty to use reasonable care in the ownership, operation, management, maintenance, and control of the subject premises.

6. At said time and place, there existed a dangerous condition in the rubber mat placed inside the store near the entrance/exit which presented an unreasonable risk of harm to people on the premises: rolled corners and buckles in the rubber mat.

7. At that time and place, Defendant CIRCLE K knew, or in the exercise of ordinary care should have known of both the condition on the premises and the risk of harm it presented.

8. At that time and place, Defendant CIRCLE K reasonably expected that people on the premises would not discover or realize the danger or would fail to protect themselves against such danger.

9. At that said time and place, Plaintiff BETT McDADE was seriously injured when she was caused to fall by said condition.

10. That at the aforementioned time and place, BETTY McDADE was on the premises as a customer and patron of CIRCLE K walking into the premises when she fell due to the rolled corners and buckles in the rubber mat.

11. While operating its place of business at the aforementioned time and place, CIRCLE K owed BETTY McDADE a duty to exercise reasonable care in the care and upkeep of said premises and breached said duty and was otherwise negligent in one or more of the following respects:

    a. Failed to keep and maintain a safe environment for patrons;

    b. Caused to exist the said dangerous condition;

    c. Allowed the said dangerous condition to exist;

    d. Failed to repair the said dangerous condition;

**EXHIBIT 1**

   e. Failed to inspect the premises for dangerous conditions; and

   f. Failed to warn entrants of the said dangerous condition when, in the exercise of due care, it knew or should have known that it presented an unreasonable risk of harm.

12. As a direct and proximate result of one or more of the foregoing wrongful acts and/or omissions of CIRCLE K, Plaintiff BETTY McDADE was then and there injured and suffered disability, loss of normal life, disfigurement, pain and suffering, medical expenses, lost wages, damages to her personal property, and other losses, and may continue to suffer such damages in the future, all in excess of the jurisdictional amount of $50,000.00.

WHEREFORE, the Plaintiff, BETTY McDADE, prays for judgment in favor of the Plaintiff and against the Defendant, CIRCLE K, in excess of $50,000.00 plus costs.

BETTY McDADE, Plaintiff,

McCARTHY, ROWDEN, BAKER & CANNON

_____
JOHN N. CANNON

**EXHIBIT 1**

ATTORNEY AFFIDAVIT

JOHN N. CANNON, after first being duly sworn, does hereby state and depose as follows:

1. I am the attorney for the Plaintiff in the foregoing Complaint at Law.

2. After investigation and consideration of this claim, I place a value on this claim in excess of $50,000.00

_____
John N. Cannon

Subscribed and sworn to before me this 12th day of October, 2020

_____
Notary Public

"OFFICIAL SEAL"
HEATHER R. SMITH
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 08-09-2022

John N. Cannon
McCarthy, Rowden, Baker & Cannon
243 South Water Street
Decatur, IL 62523
Telephone#: 217-428-4323
Fax#: 217-428-6076
Email: johnc@law-mrb.com

**EXHIBIT 1**